UNITED STATES DISTRICT COURT,
ORLANDO DIVISION OF THE STATE OF FLORIDA

CARLOS RAMOS
    Plaintiff,

v.

                        CASE NO.

                        6:15-CV-2154-ORL-40GJK

THE HOME DEPOT, INC.
    Defendant
_____/

## TCPA COMPLAINT AND JURY DEMAND

1. NOW COMES PLAINTIFF CARLOS RAMOS and brings this action to obtain money damages against The Home Depot, Inc. (THDI) arising from seven (7) unlawful telemarketing calls that RAMOS received from THDI, or their authorized agents, on RAMOS' telephone number, 347-855-5051, a number that has been on the National Do-Not-Call Registry (DNC) since April 29, 2014.

## THE PARTIES

2. PLAINTIFF CARLOS RAMOS (Ramos or Plaintiff) is a living person, an individual who resides at 823 Ognon Court Kissimmee, FL 34759.

The Home Depot, Inc. is a Corporation with its headquarters located at 2455 Paces Ferry Road SE, Atlanta, GA 30339.

3. Any other third party acting in behalf of THDI that may have placed a call to RAMOS telephone number in violation of the TCPA and the National DNC Registry.

## JURISDICTION AND VENUE

4. This court has jurisdiction over the parties under 28 USC § 1331 and 47 USC § 227 et seq. Venue is this district is proper because RAMOS is a resident of Osceola County, Central Florida and where the unlawful telemarketing calls were received.

## FACTUAL ALLEGATIONS

5. PLAINTIFF asserts that he doesn't have any previously established business relationship nor has he provided his written consent to THDI to receive telemarketing calls.

6. On October 15, 2015 at 5:47 PM, RAMOS received the first of seven (7) unlawful telemarketing calls, all the calls were received in the month of October 2015, to a phone number that RAMOS has registered on the Nation DNC Registry since April 29, 2014.

7. On October 18, 2015, RAMOS received a second unlawful telemarketing call, were the telemarketer asked for an individual that he referred to as DENNIS, and called from what appears to be his personal cell phone. The telemarketer,

willfully or knowingly, did not disclose the purpose of the call, as required by law. See below:


+17186079633 Add
10/18/15 10 21 AM

Hi Dennis It's Ron from the Home Depot whenever you get this message soon, give me a call back on my cell 727 Thanks

8. On October 22, 2015, RAMOS received yet another unlawful telemarketing call originating from a number associated with THDI (800-466-3337) where the caller asked for an individual that she referred to as Ken Chu. See below


+18004663337 Add
10/22/15 5 24 PM

Hi this message is for Ken Chu This is rita calling from Home Depot to schedule the in home consultation you requested for Windows Please give us a call at 1 800 Home Depot and we can schedule you a no cost no-obligation consultation again the number is 1-800-466-3337 Thank you for your interest in Home Depot and we look forward to working with you soon

9. December 06, 2015, RAMOS mailed an intent to file a lawsuit letter to THDI's registered agent (RA) notifying the RA that he had received seven (7) unlawful telemarketing calls. RAMOS offered THDI an opportunity to settle the matter without having to litigate the issue.

10. On December 18, 2015, RAMOS received a response from a Brian T. Evaristo, a legal representative from THDI, where Mr. Evaristo claimed that the calls were placed by a *"safe harbor"* error.

11. RAMOS, based on information and belief, avers that THDI, willfully or knowingly, did not complied with the lawful requirements to seek a *"safe harbor"* defense, where it is obvious, based on the call pattern shown above, that the telemarketers were not properly trained and failed to maintain and

follow the correct procedures regarding numbers placed on the National DNC registry.

12. PLAINTIFF also avers that two of the unlawful seven (7) calls were asking for two (2) different individuals, (Dennis and Ken Chu), demonstrating that the errors were willfully or knowingly, unless both individuals are one of the same, or they share the same number, there is no possibility that the number was transposed, as alleged by Mr. Brian Evaristo in his response to RAMOS. It certainly indicates that it was due to lack of proper training on part of the telemarketers, lack of timely number scrubbing, and/or disregard of the procedures, laws and regulations, prohibiting telemarketing calls to numbers registered on the National DNC registry.

13. RAMOS, based on information and belief, states that THDI has failed to follow DNC procedures, such as, DNC monthly number scrubbing, record keeping and procedures enforcement, poor training of their telemarketers or any third party telemarketer acting on their behalf, in blunt disregard to the TCPA and the National DNC laws and regulations.

14. PLAINTIFF has requested THDI's written DNC procedures not once but twice and has not received them to this date.

15. THDI is required by law and regulation to have written DNC procedures available to a consumer upon demand.

## COUNT ONE

16. PLAINTIFF incorporates, as if fully written herein, all foregoing paragraphs.

17. THDI and or any agent acting of his behalf, placed a total of seven (7) unlawful telemarketing calls without PLAINTIFF's written consent or an established business relationship constitutes a willfully or knowingly violation of 47 USC § 227(b)(1)(B) and; therefore, PLAINTIFF is entitled to statutory treble damages in the amount of 1,500.00 per violation.

## COUNT TWO

18. PLAINTIFF incorporates, as if fully written herein, all foregoing paragraphs.

19. DEFENDANT's conduct, in placing the second call to RAMOS and failing to disclose the purpose of the call as well of other disclosure requirements, were done willfully or knowingly, violating 47 C.F.R. §64.1200(d)(4) and; therefore, PLAINTIFF is entitled to treble statutory damages for the amount of 1,500.00. for the violation.

## RELIEF REQUESTED

20. An award of treble statutory damages for the amount of 1,500.00 for each of the seven (7) willful and/or knowing, unlawful telemarketing calls, place on RAMOS' telephone number by THDI or any agent acting in their behalf, a

number which the PLAINTIFF registered in the National DNC Registry since April 29, 2014.

21. An award of 1,500.00 for the willful and/or knowing violation from the THDI telemarketer or an agent acting in their behalf, for the failure to follow the required disclosures when placing an outbound telemarketing call to a number on the National DNC Registry in violation of 47 C.F.R. §64.1200(d)(4).

22. All other relief, legal and equitable, as permitted by law.

Respectfully Submitted,

Carlos Ramos
823 Ognon Court
Kissimmee, FL 34759
charlie.ramos@gmail.com