**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CARLOS RAMOS,

        Plaintiff,

v.                                               Case No:  6:15-cv-2154-Orl-40GJK

THE HOME DEPOT, INC.,

        Defendant.
_____/

## ORDER

This cause came on for consideration following review of the Joint Stipulation of Dismissal, in which the parties stipulate to the dismissal of the above-captioned action in its entirety with prejudice. (Doc. 22). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1279 (11th Cir. 2012).  Accordingly, the Clerk of Court is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on May 26, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties